853 A.2d 230

IN THE MATTER OF A. KENNETH WEINER, AN ATTORNEY
AT LAW (ATTORNEY NO. 263871970).

July 23, 2004.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11 recommending that **A. KENNETH WEINER** of **EAST BRUNS-WICK**, who was admitted to the bar of this State in 1970, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **A. KENNETH WEINER** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **A. KENNETH WEIN-ER**, pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **A. KENNETH WEINER** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.